PER CURIAM *
hWe granted plaintiffs application for a writ of certiorari in this case on October 12, 2016. After receiving briefing from the parties, hearing oral arguments, and reviewing the record, we conclude the judgment below does not require the exercise of this Court’s supervisory authority. Accordingly, we recall our order of October 12, 2016, as improvidently granted, and we deny plaintiffs writ application.
WEIMER, Justice, dissents from the recall of the writ and assigns reasons.
HUGHES, Justice, dissents for the reasons assigned by Crichton, J.
CRICHTON, Justice, dissents and assigns reasons.

 Judge James T. Genovese, assigned as Justice ad hoc, sitting for Knoll, J. for oral argument. He now sits as an elected Justice at the time this opinion is rendered.